UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE DEUTSCHE BANK AG SECURITIES LITIGATION,<br><br>This Document Relates to: All Actions | Case No. 1:09-cv-1714 (DAB)<br>(ECF Case) |

**NOTICE OF DEFENDANTS' MOTION FOR
RECONSIDERATION OR REARGUMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Defendants' Motion for Reconsideration or Reargument, Defendants Deutsche Bank AG, Deutsche Bank Capital Funding Trust VIII, Deutsche Bank Capital Funding LLC VIII, Deutsche Bank Capital Funding Trust IX, Deutsche Bank Capital Funding LLC IX, Deutsche Bank Capital Funding Trust X, Deutsche Bank Capital Funding LLC X, Deutsche Bank Contingent Capital Trust II, Deutsche Bank Contingent Capital LLC II, Deutsche Bank Contingent Capital Trust III, Deutsche Bank Contingent Capital LLC III, Deutsche Bank Contingent Capital Trust V, Deutsche Bank Contingent Capital LLC V and Deutsche Bank Securities Inc. (collectively, the "Deutsche Bank Defendants"); Defendants Josef Ackermann, Anthony Di Iorio, Hugo Banziger, Hermann-Josef Lamberti, Martin Edelmann, Peter Sturzinger, Marco Zimmermann, Detlef Bindert, Rainer Rauleder, Jonathan Blake and Tessen von Heydebreck (collectively, the "Individual Defendants"); and Defendants UBS Securities LLC, Citigroup Global Markets, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Wachovia Capital Markets, LLC (n/k/a Wells Fargo Securities, LLC), Morgan Stanley & Co. Incorporated, and Banc of America Securities LLC (collectively, the "Underwriter Defendants") will move, by and through their undersigned attorneys,

before the Honorable Deborah A. Batts, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York 10007, on such date and time as the Court determines, pursuant to Local Civil Rule 6.3, for an Order granting reconsideration or reargument of the Court's August 19, 2011 Memorandum and Order denying defendants' motions to dismiss plaintiffs' Consolidated Amended Complaint.

Dated: New York, New York
August 31, 2011

CAHILL GORDON & REINDEL LLP

By: /s/ David G. Januszewski
    Charles A. Gilman
    (cgilman@cahill.com)
    David G. Januszewski
    (djanuszewski@cahill.com)
    Christine Bateup
    (cbateup@cahill.com)
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for the Deutsche Bank Defendants and the Individual Defendants*

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Jay B. Kasner
    Jay B. Kasner
    (jay.kasner@skadden.com)
    Scott D. Musoff
    (scott.musoff@skadden.com)
    Gary J. Hacker
    (gary.hacker@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for the Underwriter Defendants*

-2-