UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re DEUTSCHE BANK AG SECURITIES   :   Master File No. 1:09-cv-01714-DAB
LITIGATION                          :
                                    :   CLASS ACTION
                                    :
This Document Relates To:           :   MOTION TO ADMIT COUNSEL,
                                    :   CHRISTOPHER D. STEWART, *PRO HAC*
   ALL ACTIONS.                     :   *VICE*
---------------------------------------------------------------x

645769_1

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District courts for the Southern and Eastern Districts of New York, I David A. Rosenfeld, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: CStewart@rgrdlaw.com

Christopher D. Stewart is a member in good standing of the Bar of the State of California and there are no pending disciplinary proceedings against Christopher D. Stewart in any state or federal court.

DATED: August 30, 2011

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

/s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

645769_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ANDREW J. BROWN
ERIC I. NIEHAUS
LUCAS F. OLTS
CHRISTOPHER D. STEWART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
andrewb@rgrdlaw.com
ericn@rgrdlaw.com
loltz@rgrdlaw.com
cstewart@rgrdlaw.com

LAW OFFICES OF BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Lead Counsel for Plaintiffs

MURRAY FRANK LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)
bmurray@murrayfrank.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- x
In re DEUTSCHE BANK AG SECURITIES       : Master File No. 1:09-cv-01714-DAB
LITIGATION                              :
                                        : CLASS ACTION
                                        :
This Document Relates To:               : AFFIRMATION OF DAVID A.
                                        : ROSENFELD IN SUPPORT OF MOTION
    ALL ACTIONS.                        : TO ADMIT COUNSEL, CHRISTOPHER D.
                                        : STEWART, *PRO HAC VICE*
--------------------------------------- x

645772_1

DAVID A. ROSENFELD, affirms and says as follows:

1. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiffs' motion to admit Christopher D. Stewart as counsel *pro hac vice* to represent plaintiffs in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law in May 1999. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Christopher D. Stewart is an associate of Robbins Geller Rudman & Dowd LLP in San Diego, California.

4. I have found Mr. Stewart to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure, as well as the local rules of the Southern and Eastern Districts of New York.

5. Accordingly, I am pleased to move for the admission of Christopher D. Stewart, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Christopher D. Stewart, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Christopher D. Stewart, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

DATED: August 30, 2011

DAVID A. ROSENFELD

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 22, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTOPHER DENNIS STEWART, #270448 was admitted to the practice of law in this state by the Supreme Court of California on June 4, 2010; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
In re DEUTSCHE BANK AG SECURITIES : Master File No. 1:09-cv-01714-DAB
LITIGATION :
 : CLASS ACTION
------------------------------------------- :
 :
This Document Relates To: : [PROPOSED] ORDER FOR ADMISSION
 : OF CHRISTOPHER D. STEWART *PRO*
        ALL ACTIONS. : *HAC VICE* ON WRITTEN MOTION
 :
------------------------------------------- x

645770_1

Upon the motion of David A. Rosenfeld, attorney for plaintiffs, and said sponsor attorney's affirmation in support,

IT IS HEREBY ORDERED THAT

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: CStewart@rgrdlaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern and Eastern Districts of New York.  All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____     _____
                                  THE HONORABLE DEBORAH A. BUTTS
                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on August 30, 2011, I caused a true and correct copy of the annexed documents to be served by US mail to all counsel listed on the attached service list.

*Kelly Stadelmann*
Kelly Stadelmann

DEUTSCHE BANK PFD 6.375
Service List - 8/24/2011   (09-0039)
Page 1 of 1

**Counsel For Defendant(s)**

Charles A. Gilman
David G. Januszewski
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005-1702
  212/701-3000
  212/269-5420(Fax)

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036
  212/735-3000
  212/735-2000(Fax)

**Counsel For Plaintiff(s)**

Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
  215/561-3600
  215/561-3000(Fax)

Curtis V. Trinko
Wai K. Chan
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY  10036
  212/490-9550
  212/986-0158(Fax)

Brian P. Murray
Eva Hromadkova
Murray Frank LLP
275 Madison Avenue, Suite 801
New York, NY  10016
  212/682-1818
  212/682-1892(Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba Jr.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173(Fax)

Andrew J. Brown
Eric I. Niehaus
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423(Fax)