UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/11
```

―――――――――――――――――――――― x

In re DEUTSCHE BANK AG SECURITIES : Master File No. 1:09-cv-01714-DAB
LITIGATION :
: CLASS ACTION
―――――――――――――――――――――― :
:
This Document Relates To: : [PROPOSED] ORDER FOR ADMISSION
: OF CHRISTOPHER D. STEWART *PRO*
ALL ACTIONS. : *HAC VICE* ON WRITTEN MOTION
:
―――――――――――――――――――――― x

645770_1

Upon the motion of David A. Rosenfeld, attorney for plaintiffs, and said sponsor attorney's affirmation in support,

IT IS HEREBY ORDERED THAT

Christopher D. Stewart
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: CStewart@rgrdlaw.com

is admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern and Eastern Districts of New York.  All attorneys appearing before this Court are subject to the Local Rules of this court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:  9/16/11

*Deborah A. Batts*
THE HONORABLE DEBORAH A. BUTTS
UNITED STATES DISTRICT JUDGE

- 1 -

645770_1