MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/11

# Cahill Gordon & Reindel LLP
### Eighty Pine Street
### New York, NY 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
HELENE R. BANKS
LANDIS C. BEST
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
STUART G. DOWNING
ADAM M. DWORKIN
JENNIFER B. EZRING
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI

WILLIAM B. GANNETT
CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
BRIAN S. KELLEHER
DAVID N. KELLEY
CHÉRIE R. KISER*
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER
(212) 701-3352

MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
BRIAN T. MARKLEY
GERARD M. MEISTRELL
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ
MICHAEL J. OHLER
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER

MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

*ADMITTED IN DC ONLY

SEP 28 2011
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

September 27, 2011

Re:   *In re Deutsche Bank AG Securities Litigation*
      (Case No. 09-cv-1714-DAB)

Dear Judge Batts:

      We represent the Deutsche Bank and Individual Defendants in the above-referenced matter, and write on behalf of Defendants in response to Plaintiffs' letter dated September 23, 2011 requesting a pre-motion conference on their intended motion to compel discovery.

      Plaintiffs' conclusory assertions notwithstanding, the Second Circuit's decision in *Fait v. Regions Financial Corp.*, No. 10-cv-2311, 2011 WL 3667784 (2d Cir. Aug. 23, 2011), is "binding precedent for this Court, that advances new reasoning addressing a significant issue in the case and warrants revisiting the Court's analysis . . . ." *In re Salomon Analyst Litigation*, 373 F. Supp. 2d 252, 256 (S.D.N.Y. 2005) (Lynch, J.). It is consistent with the policy of the Private Securities Litigation Reform Act ("PSLRA") to stay discovery in this matter. *See id.*

      As discussed in our letter to Plaintiffs dated September 14, 2011 (attached to Plaintiffs' letter to Your Honor), decisions in other districts hold that the automatic discovery stay imposed by the PSLRA is extended during the pendency of a motion for reconsideration. *See McGuire v. Dendreon Corp.*, No. C07-800-MJP, 2009 WL 666863, at *1 (W.D. Wash. Mar. 11, 2009); *Powers v. Eichen*, 961 F. Supp. 233, 236 (S.D. Cal. 1997). Moreover, although the motion at issue in *In re Salomon Analyst Litigation* was a renewed motion to dismiss, not a motion for reconsideration, that distinction is of no significance, and Judge Lynch's analysis is fully applicable here:

> "Without in any way prejudging the merits of their motion to dismiss, the successive motion here . . . is neither frivolous nor advanced solely to delay the proceedings, but was occasioned by an intervening appellate decision. The Second Circuit has decided

CAHILL GORDON & REINDEL LLP



-2-

a case, binding precedent for this Court, that advances new reasoning addressing a significant issue in the case and warrants revisiting the Court's analysis . . . .

In view of the policy of the PSLRA to deny discovery until a complaint has been authoritatively sustained by the court, it is appropriate to extend the stay under the present circumstances." 373 F. Supp. 2d at 256.

Granted
/DAB/
11/30/11

Accordingly, we respectfully submit that the PSLRA discovery stay should remain in place while the Court considers Defendants' Motion for Reconsideration, and Plaintiffs' request for a pre-motion conference on their intended motion to compel Defendants should be denied without prejudice.

Respectfully submitted,

David G. Januszewski

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

BY HAND

cc: All Attorneys of Record (via e-mail)

SO ORDERED

Deborah A. Batts 11/30/11
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE