UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : : : | Master File No. 1:09-cv-01714-DAB <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | : : : : : | PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION |

760129_1

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration, Lead Plaintiffs Belmont Holdings Corp., Norbert G. Kaess and Maria G. Farruggio, and Plaintiffs Edward P. Zemprelli and Plumbers' Union Local No. 12 Pension Fund will move, by and through their undersigned attorneys, before the Honorable Deborah A. Batts, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24B, New York, New York 10007, on such date and time as the Court determines, pursuant to Local Civil Rule 6.3, for an Order granting reconsideration of the Court's August 10, 2012 Memorandum and Order.

DATED:  September 13, 2012            ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                      ANDREW J. BROWN
                                      ERIC I. NIEHAUS
                                      LUCAS F. OLTS
                                      CHRISTOPHER D. STEWART


                                                s/ ANDREW J. BROWN
                                                   ANDREW J. BROWN

                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)
                                      andrewb@rgrdlaw.com
                                      ericn@rgrdlaw.com
                                      loltz@rgrdlaw.com
                                      cstewart@rgrdlaw.com


ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

LAW OFFICES OF BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Lead Counsel for Plaintiffs

MURRAY FRANK LLP
BRIAN P. MURRAY
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)
bmurray@murrayfrank.com

Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2012.

s/ ANDREW J. BROWN
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  andrewb@rgrdlaw.com

760129_1

## Mailing Information for a Case 1:09-cv-01714-DAB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com
- **Lee Albert**
  lalbert@murrayfrank.com
- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com
- **Deborah R Gross**
  debbie@bernardmgross.com
- **Eva Hromadkova**
  evah@murrayfrank.com
- **David George Januszewski**
  djanuszewski@cahill.com
- **Jay B. Kasner**
  jkasner@skadden.com
- **Matthew Montgomery**
  mattm@csgrr.com
- **Brian Philip Murray**
  bmurray@murrayfrank.com
- **Scott D. Musoff**
  smusoff@skadden.com
- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Harry J. Weiss**
450 Fifth Street, N.W.
Mail Stop 4-2
Washington, DC 20549