UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : : : : : | Master File No. 1:09-cv-01714-DAB <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | : : : : | DECLARATION OF LUCAS F. OLTS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION |

760023_1

I, LUCAS F. OLTS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Third Consolidated Amended Complaint for Violation of the Federal Securities Laws; and

Exhibit B: Redline comparison version of the Third Consolidated Amended Complaint for Violation of the Federal Securities Laws with the Second Consolidated Amended Complaint for Violation of the Federal Securities Laws.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this September 13, 2012, at San Diego, California.

s/ LUCAS F. OLTS<br>LUCAS F. OLTS

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2012.

    s/ LUCAS F. OLTS
    LUCAS F. OLTS

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail: lolts@rgrdlaw.com

760023_1

# Mailing Information for a Case 1:09-cv-01714-DAB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,drosenfeld@rgrdlaw.com
- **Lee Albert**
  lalbert@murrayfrank.com
- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com
- **Deborah R Gross**
  debbie@bernardmgross.com
- **Eva Hromadkova**
  evah@murrayfrank.com
- **David George Januszewski**
  djanuszewski@cahill.com
- **Jay B. Kasner**
  jkasner@skadden.com
- **Matthew Montgomery**
  mattm@csgrr.com
- **Brian Philip Murray**
  bmurray@murrayfrank.com
- **Scott D. Musoff**
  smusoff@skadden.com
- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com
- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Harry J. Weiss**
450 Fifth Street, N.W.
Mail Stop 4-2
Washington, DC 20549