UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : : : | Master File No. 1:09-cv-01714-DAB |
| | : | CLASS ACTION |
| This Document Relates To: | : : | NOTICE OF APPEAL |
| ALL ACTIONS. | : : | |

847945_1

Notice is hereby given that lead plaintiffs in the above-captioned case (Belmont Holdings Corp., Norbert G. Kaess and Maria G. Farruggio), and named Plaintiffs Edward P. Zemprelli and Plumbers' Union Local No. 12 Pension Fund, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the final Judgment that was entered on August 17, 2012 (Dkt No. 71), and from the May 15, 2013, Memorandum & Order denying plaintiffs' timely motion for reconsideration pursuant to Fed. R. Civ. P. 59(e) (Dkt. No. 78), as well as all prior orders that have merged into the Judgment (including, but not limited to, the August 10, 2012, Memorandum & Order granting defendants' motion for reconsideration, and dismissing plaintiffs' claims with prejudice (Dkt. No. 70), and the August 19, 2011, Memorandum & Order granting in part and denying in part defendants' motion to dismiss (Dkt. No. 59)).

DATED:  June 13, 2013 　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　 & DOWD LLP
　　　　　　　　　　　　　　　　　　　　ANDREW J. BROWN
　　　　　　　　　　　　　　　　　　　　ERIC I. NIEHAUS
　　　　　　　　　　　　　　　　　　　　LUCAS F. OLTS
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER D. STEWART


　　　　　　　　　　　　　　　　　　　　　　　s/ ANDREW J. BROWN
　　　　　　　　　　　　　　　　　　　　　　　ANDREW J. BROWN

　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　　　andrewb@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　ericn@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　loltz@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　cstewart@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
malba@rgrdlaw.com

LAW OFFICES OF BERNARD M.
 GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Co-Lead Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2013.

s/ ANDREW J. BROWN
ANDREW J. BROWN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: abrown@rgrdlaw.com

847945_1

# Mailing Information for a Case 1:09-cv-01714-DAB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **Eva Hromadkova**
  evah@murrayfrank.com

- **David George Januszewski**
  djanuszewski@cahill.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Matthew Montgomery**
  mattm@csgrr.com

- **Brian Philip Murray**
  bmurray@glancylaw.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**

- srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Harry J. Weiss
450 Fifth Street, N.W.
Mail Stop 4-2
Washington, DC 20549
```