UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE DEUTSCHE BANK AG
SECURITIES LITIGATION         Plaintiff,

Case No. 09-CV-01714

-against-

Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Brian P. Murray**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BM 9954       My State Bar Number is 2388494

I am,
   [✓] An attorney
   [ ] A Government Agency attorney
   [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Murray Frank LLP
             FIRM ADDRESS: 275 Madison Avenue, Suite 801, NY, NY 10016
             FIRM TELEPHONE NUMBER: (212) 682-1818
             FIRM FAX NUMBER: (212) 682-1892

NEW FIRM:    FIRM NAME: Glancy Binkow & Goldberg LLP
             FIRM ADDRESS: 122 East 42nd Street, Suite 2920, NY, NY 10168
             FIRM TELEPHONE NUMBER: (212) 682-5340
             FIRM FAX NUMBER: (212) 884-0988

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 8/28/2013

ATTORNEY'S SIGNATURE