UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DEUTSCHE BANK AG                         :
SECURITIES LITIGATION                          :
------------------------------------------------------------X
                                               :   09 Civ. 1714 (DAB)
This Document Relates To:                      :
                                               :
ALL ACTIONS                                    :
------------------------------------------------------------X

## NOTICE OF MOTION AND MOTION TO AMEND ORDER APPOINTING CO-LEAD COUNSEL

PLEASE TAKE NOTICE that, upon the annexed Declaration of Norbert G. Kaess and Maria Grazia Farruggio, and accompanying Memorandum of Law in Support of Plaintiffs' Motion to Amend its Order Appointing Co-Lead counsel, Plaintiffs will move this Court, before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and a time to be set by the Court, for an Order amending the Co-lead counsel Order of November 23, 2009.

Dated: November 27, 2013

                                                              GLANCY BINKOW & GOLDBERG LLP

                                                              By: _/s/Brian P. Murray_____
                                                                  Brian P. Murray (BM 9954)
                                                             Lee Albert (*Admitted Pro Hac Vice*)
                                                             122 East 42nd Street, Suite 2920
                                                            New York, NY  10168
                                                            Telephone: (212) 682-5340
                                                            Fax: (212) 884-0988