UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DEUTSCHE BANK AG          :
SECURITIES LITIGATION           :
------------------------------------------------------------X
                                :    09 Civ. 1714 (DAB)
This Document Relates To:       :
                                :
ALL ACTIONS                     :
------------------------------------------------------------X

# NOTICE OF MOTION AND MOTION TO WITHDRAW MOTION TO AMEND ORDER APPOINTING CO-LEAD COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Withdraw Plaintiffs' Motion To Amend Order Appointing Co-Lead Counsel, Plaintiffs will move this Court, before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and a time to be set by the Court, for an Order withdrawing Plaintiffs' Motion to Amend Order Appointing Co-Lead Counsel.

Dated: December 17, 2014

GLANCY BINKOW & GOLDBERG LLP

By:  /s/Brian P. Murray
     Brian P. Murray (BM 9954)
Lee Albert (*Admitted Pro Hac Vice*)
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I caused to be electronically filed the foregoing was served via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

    /s/Brian P. Murray