UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DEUTSCHE BANK AG                          :
SECURITIES LITIGATION                           :
------------------------------------------------------------X
                                                :    09 Civ. 1714 (DAB)
This Document Relates To:                       :
                                                :
ALL ACTIONS                                     :
------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW MOTION TO AMEND ORDER APPOINTING CO-LEAD COUNSEL

The undersigned counsel respectfully moves this Court for an Order to withdraw Plaintiffs' motion to amend order appointing co-lead counsel.

In 2009, this Court entered an Order, which appointed the law firms of Robbins Geller Rudman & Dowd LLP, the Law Offices of Bernard M. Gross, P.C., and Murray Frank & Sailer LLP, as Plaintiffs' Co-Lead Counsel in the case.  (Dkt. # 27).  Due to the dissolution of the Murray Frank firm at the close of 2012, in November 2013 Plaintiffs made a motion to amend the Court's November 23, 2009 Order.  (Dkt. # 82).  Plaintiffs now wish to withdraw their motion, as it is now moot.

On October 23, 2014, the United States Court of Appeals for the Second Circuit affirmed this Court's dismissal of all Plaintiffs' claims.  This decision renders Plaintiffs' motion to amend the Court's November 23, 2009 Order moot.  *See Smith v. Silver*, No. 14-CV-018S, 2014 WL 1783726, at *3 (W.D.N.Y. May 5, 2014) (since the complaint is deemed withdrawn, other motions are rendered moot).

For all of the aforementioned reasons, counsel respectfully request that the Court withdraw Plaintiffs' motion to amend the Court's Order appointing co-lead counsel.

Dated: December 22, 2014

                              GLANCY BINKOW & GOLDBERG LLP

                              By: _/s/Brian P. Murray_____
                                   Brian P. Murray (BM 9954)
                              Lee Albert (*Admitted Pro Hac Vice*)
                              122 East 42nd Street, Suite 2920
                              New York, NY 10168
                              Telephone: (212) 682-5340
                              Fax: (212) 884-0988

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Motion and Motion to Withdraw Motion to Amend Order Appointing Co-Lead Counsel, Memorandum of Law in Support, and [Proposed] Order, was served on the 22nd day of December, 2014 via the electronic filing system.

GLANCY BINKOW & GOLDBERG LLP

By: _/s/Brian P. Murray_____
     Brian P. Murray (BM 9954)
Lee Albert (*Admitted Pro Hac Vice*)
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988