USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re DEUTSCHE BANK AG          :
SECURITIES LITIGATION            :
------------------------------------------------------------X
                                                 :   09 Civ. 1714 (DAB)
This Document Relates To:            :
                                                 :
ALL ACTIONS                             :
------------------------------------------------------------X

## DAB 1/7/15 [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion for an Order withdrawing Plaintiffs' motion to amend Order appointing co-lead counsel, it is hereby ORDERED AND DECREED that Plaintiffs' motion to amend Order appointing co-lead counsel is withdrawn.

Dated: January 7, 2015

*Deborah A. Batts*
United States District Judge