CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | BART FRIEDMAN | | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN |
| L. HOWARD ADAMS | CIRO A. GAMBONI | | JOEL H. LEVITIN | JOHN SCHUSTER |
| ROBERT A. ALESSI | CHARLES A. GILMAN | | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | JASON M. HALL | | ANN S. MAKICH | DARREN SILVER |
| ANIRUDH BANSAL | WILLIAM M. HARTNETT | | JONATHAN I. MARK | HOWARD G. SLOANE |
| LANDIS C. BEST | CRAIG M. HOROWITZ | | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| BRADLEY J. BONDI | DOUGLAS S. HOROWITZ | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| SUSAN BUCKLEY | TIMOTHY B. HOWELL | | NOAH B. NEWITZ | SUSANNA M. SUH |
| KEVIN J. BURKE | DAVID G. JANUSZEWSKI | | MICHAEL J. OHLER | ANTHONY K. TAMA |
| JAMES J. CLARK | ELAI KATZ | | ATHY A. O'KEEFFE | JONATHAN D. THIER |
| BENJAMIN J. COHEN | THOMAS J. KAVALER | | DAVID R. OWEN | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | | JOHN PAPACHRISTOS | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | DAVID N. KELLEY | | LUIS R. PENALVER | HERBERT S. WASHER |
| ADAM M. DWORKIN | RICHARD KELLY | | KIMBERLY PETILLO-DÉCOSSARD | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | CHÉRIE R. KISER* | | MICHAEL W. REDDY | S. PENNY WINDLE |
| JENNIFER B. EZRING | EDWARD P. KRUGMAN | | JAMES ROBINSON | DAVID WISHENGRAD |
| JOAN MURTAGH FRANKEL | JOEL KURTZBERG | | THORN ROSENTHAL | COREY WRIGHT |
| JONATHAN J. FRANKEL | MARC R. LASHBROOK | | TAMMY L. ROY | JOSHUA M. ZELIG |
| | | | | DANIEL J. ZUBKOFF |

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3403

*ADMITTED IN DC ONLY

November 17, 2015

Re: *In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-DAB

Dear Judge Batts:

We represent the Deutsche Bank Defendants and the Individual Defendants in the above-referenced matter. On behalf of the more than two dozen named Defendants (all of whom join in this request), we write to seek Your Honor's permission to file a single memorandum of law in support of Defendants' motion to dismiss Plaintiffs' Third Consolidated Amended Complaint in excess of the page limits set forth in Your Honor's rules. We propose that Defendants' joint opening brief in support of their motion shall not exceed 40 pages, that Plaintiffs' brief in opposition shall not exceed 40 pages, and that any reply memorandum shall not exceed 20 pages. We have conferred with Plaintiffs' counsel who has consented to these proposed page limits and to the submission of this letter.

Thank you for your time and consideration.

Respectfully submitted,

Charles A. Gilman

The Honorable Deborah A. Batts
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

cc: All Attorneys of Record

**SO ORDERED**
Deborah A. Batts
DEBORAH A. BATTS 11/23/15
UNITED STATES DISTRICT JUDGE

[Handwritten: granted DAB 11/23/15]