# Cahill Gordon & Reindel LLP
### Eighty Pine Street
### New York, NY 10005-1702

| | | | | |
|---|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | GEOFFREY E. LIEBMANN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | WWW.CAHILL.COM | BRIAN T. MARKLEY | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | | MEGHAN N. McDERMOTT | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | 1990 K STREET, N.W. | NOAH B. NEWITZ | ROSS E. STURMAN |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | WASHINGTON, DC 20006-1181 | MICHAEL J. OHLER | SUSANNA M. SUH |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | (202) 862-8900 | DAVID R. OWEN | ANTHONY K. TAMA |
| JAMES J. CLARK | TIMOTHY B. HOWELL | | JOHN PAPACHRISTOS | JONATHAN D. THIER |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | | LUIS R. PENALVER | SEAN P. TONOLLI* |
| AYANO K. CREED | ELAI KATZ | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOHN A. TRIPODORO |
| SEAN M. DAVIS | BRIAN S. KELLEHER | 24 MONUMENT STREET | SHEILA C. RAMESH | GLENN J. WALDRIP, JR. |
| STUART G. DOWNING | RICHARD KELLY | LONDON EC3R 8AJ | MICHAEL W. REDDY | HERBERT S. WASHER |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | +44 (0)20 7920 9800 | OLEG REZZY | MICHAEL B. WEISS |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | | THORN ROSENTHAL | COREY WRIGHT |
| HELENA S. FRANCESCHI | MARC R. LASHBROOK | WRITER'S DIRECT NUMBER | TAMMY L. ROY | JOSHUA M. ZELIG |
| JOAN MURTAGH FRANKEL | ALIZA R. LEVINE | 212-701-3403 | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| JONATHAN J. FRANKEL | JOEL H. LEVITIN | | | |

*ADMITTED IN DC ONLY

July 31, 2019

Re: *In re Deutsche Bank AG Securities Litigation,* Case No. 1:09-cv-01714-DAB-RWL

Dear Judge Batts:

  Pursuant to the Stipulated Amended Protective Order for the Production and Exchange of Confidential Information (ECF 219), Deutsche Bank respectfully seeks leave to file under seal portions of the papers in support of its Motion for Summary Judgment and Rule 56.1 Statement.

  Each of the documents enclosed herewith has been designated or contains information that has been designated under the Protective Order as: (i) "Confidential" because it contains "non-public business, commercial, financial or personal information, the public disclosure of which is either restricted by U.S. law, the laws of the country from which the Discovery Material originated, or could, in the good faith opinion of the Disclosing Party, adversely affect a person's privacy obligations or policies, business, commercial, financial, or personal interests" (ECF 219 at ¶ 4); (ii) "Confidential – Attorneys' Eyes Only" because it contains "trade secrets or other information that the Disclosing Party reasonably believe would result in competitive, commercial or financial harm to the disclosing party or its personnel, clients or customers" (*id.* at ¶ 5); or (iii) "Confidential – Data Privacy Attorneys' Eyes Only" because it contains personal data or information confidential under foreign, federal, or state data protection laws (*id.* at ¶ 6).

- Exhibits 10, 90, 91, and 150 have been designated as "Confidential" by Plaintiffs, and consist of bank statements and trade confirmations of Plaintiffs and Plaintiff's testimony that includes his home address and other personal information.

- Exhibit 25, the Expert Report of G. M. Lawrence, has been designated as "Confidential" by the Underwriter Defendants. It quotes, cites, and relies upon documents designated as "Confidential" and "Attorneys' Eyes Only" by parties to the litigation.

CAHILL GORDON & REINDEL LLP

- Exhibits 1, 2, 4, and 14 are excerpts of the depositions of Deutsche Bank employees that contain information marked "Confidential" and "Attorneys' Eyes Only" because they contain confidential information or quote from documents that have been marked about "Confidential" and "Attorneys' Eyes Only," relating to, *inter alia*, the governance of Deutsche Bank. They have been filed in redacted form.

- Exhibits 77, 81, 106, 107, 109, 128, 136, 139, are internal Deutsche Bank presentations and documents that have been designated "Confidential" and "Attorneys' Eyes Only" because they contain confidential and competitively sensitive information about the governance of Deutsche Bank.

- Exhibit 147 has been designated by Deutsche Bank as Confidential – Data Privacy Attorneys' Eyes Only because it originated in Germany and contains confidential personnel information subject to The German Privacy Act and the European Union General Data Protection Regulation, as well as confidential information about the governance of the Bank.

- Paragraphs 45, 240, 250, 254, 531, and 597 of the 56.1 Statement quote the material described above.

An unredacted hard copy set of the papers will be delivered to Chambers as well as a CD containing the material referenced herein. We have highlighted in yellow the portions of the Rule 56.1 Statement and the deposition transcripts of Messrs. Ackermann, Banziger, Corteil, Kaess and Porritt (Exhibits 1, 2, 4, 10 and 14) that have been redacted from the public filing.

Respectfully submitted,

Charles A. Gilman

Honorable Deborah A. Batts
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

<u>VIA HAND DELIVERY AND ECF</u>
Attachments (via hand delivery only)