UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : : : : : : : : : : : : | Master File No. 1:09-cv-01714-DAB-RWL <br><br> <u>CLASS ACTION</u> <br><br> CLASS PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Class Plaintiffs Norbert G. Kaess and Maria Farruggio, by and through their attorneys, hereby move the Court, before the Honorable Deborah A. Batts, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and

(3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

| | |
|---|---|
| DATED: November 15, 2019 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>LUCAS F. OLTS<br>ERIC I. NIEHAUS<br>CHRISTOPHER D. STEWART<br>KEVIN S. SCIARANI<br>KEVIN A. LAVELLE<br>JUAN CARLOS SANCHEZ |

s/ Eric I. Niehaus<br>ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com
ksciarani@rgrdlaw.com
klavelle@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 1 -

GLANCY PRONGAY & MURRAY LLP
BRIAN P. MURRAY
LEE ALBERT
GARTH A. SPENCER
THOMAS J. KENNEDY
230 Park Avenue, Suite 530
New York, NY  10169
Telephone:  212/682-5340
212/884-0988 (fax)
bmurray@glancylaw.com
lalbert@glancylaw.com
gspencer@glancylaw.com
tkennedy@glancylaw.com

Co-Lead Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 15, 2019.

                                            s/ ERIC I. NIEHAUS
                                            ERIC I. NIEHAUS

                                            ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101-8498
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)

                                            E-mail:  ericn@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-01714-DAB-RWL In Re Deutsche Bank AG Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Jessica Anne Barcus**
  jessica.barcus@skadden.com,Emma.Gardner@skadden.com

- **Andrew J. Brown**
  andrewb@rgrdlaw.com,nhorstman@rgrdlaw.com,ldeem@rgrdlaw.com

- **Charles Alan Gilman**
  cgilman@cahill.com,MA@cahill.com

- **Kyrie P Graziosi**
  kgraziosi@cahill.com

- **Deborah R Gross**
  DGross@kcr-law.com,JHannigan@kcr-law.com

- **Eva Hromadkova**
  evah@murrayfrank.com

- **Caroline Aisling Incledon**
  cincledon@cahill.com

- **David George Januszewski**
  MA@cahill.com,djanuszewski@cahill.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Thomas James Kennedy**
  tkennedy@glancylaw.com

- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com

- **Samuel Giffin Mann**
  smann@cahill.com,MA@cahill.com

- **Matthew Montgomery**
  mattm@csgrr.com

- **Brian Philip Murray**
  bmurray@glancylaw.com,brian-murray-4237@ecf.pacerpro.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **Eric I. Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sharan Nirmul**
  snirmul@ktmc.com,dpotts@ktmc.com,jenck@ktmc.com,ahankins@ktmc.com,3369561420@filings.docketbird.com,mswift@ktmc.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com,susanw@rgrdlaw.com

- **Marjorie Joan Peerce**
  peercem@ballardspahr.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Lauren Beth Perlgut**
  lperlgut@cahill.com,MA@cahill.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Christopher D. Stewart**
  cstewart@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Harry             J. Weiss
450 Fifth Street, N.W.
Mail Stop 4-2
Washington, DC 20549
```