UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : : : : | Master File No. 1:09-cv-01714-GHW-RWL <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | : : : : : : | NOTICE OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO CLASS PLAINTIFFS PURSUANT TO 15 U.S.C. §77z-1(a)(4) |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon: (i) the Declarations of Eric I. Niehaus; (ii) the Joint Declaration of Class Representatives Norbert G. Kaess and Maria Farruggio; (iii) the Stipulation of Settlement dated November 11, 2019 and the Exhibits annexed thereto; (iv) the Declaration of Ross D. Murray; (v) the Declarations of Brian P. Murray; (vi) the Declaration of Alfred G. Yates, Jr.; (vii) the Memorandum of Law in Support of Class Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation and for an Award of Attorneys' Fees and Expenses and an Award to Class Plaintiffs Pursuant to 15 U.S.C. §77z-1(a)(4); and (viii) all other proceedings herein, Class Plaintiffs Norbert G. Kaess and Maria Farruggio, through counsel, will move this Court, before the Honorable Gregory H. Woods, United States District Judge for the Southern District of New York, on June 11, 2020, at 4:30 p.m., for entry of orders and judgment pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) finally approving the Settlement of the above-captioned litigation; (2) approving the Plan of Allocation; (3) awarding Lead Counsel expenses in

the litigation; and (4) awarding Class Plaintiffs compensation for their time and service representing the Class.

Proposed orders will be submitted with Class Plaintiffs' reply submission on or before June 4, 2020.

DATED: May 7, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUCAS F. OLTS
ERIC I. NIEHAUS
CHRISTOPHER D. STEWART
KEVIN S. SCIARANI
KEVIN A. LAVELLE
JUAN CARLOS SANCHEZ

               s/Eric I. Niehaus
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lolts@rgrdlaw.com
ericn@rgrdlaw.com
cstewart@rgrdlaw.com
ksciarani@rgrdlaw.com
klavelle@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

4841-6246-9819.v1

GLANCY PRONGAY & MURRAY LLP
BRIAN P. MURRAY
LEE ALBERT
GARTH A. SPENCER
THOMAS J. KENNEDY
230 Park Avenue, Suite 530
New York, NY  10169
Telephone:  212/682-5340
212/884-0988 (fax)
bmurray@glancylaw.com
lalbert@glancylaw.com
gspencer@glancylaw.com
tkennedy@glancylaw.com

Co-Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Eric I. Niehaus, hereby certify that on May 7, 2020, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

s/ ERIC I. NIEHAUS
ERIC I. NIEHAUS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ericn@rgrdlaw.com
