# EXHIBIT A

**EXHIBIT A**

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP
Inception through April 17, 2020

| NAME | | HOURS | RATE | LODESTAR |
|------|------|------|------|------|
| Alba, Mario | (P) | 11.75 | 870 | $       10,222.50 |
| Brown, Andrew J. | (P) | 1,025.70 | 845 | 866,716.50 |
| Burkholz, Spencer A. | (P) | 39.50 | 1,200 | 47,400.00 |
| Daley, Joseph D. | (P) | 42.15 | 970 | 40,885.50 |
| Green, Kevin K. | (P) | 10.50 | 750 | 7,875.00 |
| Hubachek, Steven F. | (P) | 1,104.90 | 1,100 | 1,215,390.00 |
| Isaacson, Eric A. | (P) | 50.00 | 885 | 44,250.00 |
| Montgomery, Mathew P. | (P) | 93.75 | 585 | 54,843.75 |
| Niehaus, Eric I. | (P) | 4,540.90 | 840 | 3,814,356.00 |
| Olts, Lucas F. | (P) | 1,277.15 | 850 | 1,085,577.50 |
| Pepich, Steven W. | (P) | 392.35 | 1,150 | 451,202.50 |
| Pintar, Theodore J. | (P) | 158.10 | 1,100 | 173,910.00 |
| Robbins, Darren J. | (P) | 27.00 | 1,325 | 35,775.00 |
| Rosenfeld, David A. | (P) | 26.25 | 920 | 24,150.00 |
| Lavelle, Kevin A. | (A) | 1,232.35 | 560 | 690,116.00 |
| Royal, Meghan A. | (A) | 8.00 | 400 | 3,200.00 |
| Sciarani, Kevin | (A) | 2,092.50 | 540 | 1,129,950.00 |
| Stewart, Christopher D. | (A) | 442.25 | 580 | 256,505.00 |
| Bays, Lea M. | (OC) | 23.05 | 775 | 17,863.75 |
| Prado, Svenna | (OC) | 8.50 | 775 | 6,587.50 |
| Walton, David C. | (OC) | 11.10 | 1,080 | 11,988.00 |
| Kerkhoff, Lauren G. | (SA) | 921.00 | 425 | 391,425.00 |
| Moyer, Joshua E. | (SA) | 200.50 | 375 | 75,187.50 |
| Petix, Andrew T. | (SA) | 232.40 | 400 | 92,960.00 |
| Vernon, Lindsay N. | (SA) | 1,022.65 | 390 | 398,833.50 |
| Aronica, R. Steven | (FA) | 67.00 | 750 | 50,250.00 |
| Sader, Brad C. | (FA) | 28.00 | 600 | 16,800.00 |
| Yurcek, Christopher J. | (FA) | 750.10 | 750 | 562,575.00 |
| Barhoum, Anthony J. | (EA) | 5.50 | 430 | 2,365.00 |
| Roelen, Scott R. | (RA) | 56.70 | 295 | 16,726.50 |
| Wilhelmy, David E. | (RA) | 8.50 | 295 | 2,507.50 |
| Brandon, Kelley T. | (I) | 23.00 | 290 | 6,670.00 |
| Courtney, Jean M. | (I) | 15.00 | 125 | 1,875.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Peitler, Steven J. | (I) | 69.50 | 290 | 20,155.00 |
| Milliron, Christine | (LS) | 5.20 | 375 | 1,950.00 |
| Paralegals | | 1,031.90 | 265-350 | 350,015.00 |
| Document Clerks | | 247.65 | 150 | 37,147.50 |
| Shareholder Relations | | 54.50 | 95-100 | 5,270.00 |
| TOTAL | | 17,356.85 | | $ 12,021,477.00 |

(P) Partner

(A) Associate

(OC) Of Counsel

(SA) Staff Attorney

(FA) Forensic Accountant

(EA) Economic Analyst

(RA) Research Analyst

(I) Investigator

(LS) Litigation Support