# EXHIBIT B

# EXHIBIT B

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP
Inception through April 6, 2020

| *CATEGORY* | | *AMOUNT* |
|---|---|---|
| Filing, Witness and Other Fees | | $ 15,020.17 |
| Business Wire | | 3,357.50 |
| Transportation, Hotels & Meals | | 227,852.66 |
| Telephone, Facsimile | | 724.52 |
| Postage | | 181.93 |
| Messenger, Overnight Delivery | | 6,652.65 |
| Court Hearing Transcripts, Deposition Reporting, Deposition Transcripts, Deposition Videography, and Deposition Conference Room Rentals | | 68,030.54 |
| Special Counsel (Joseph M. McMullen) | | 5,332.46 |
| Experts/Consultants/Investigators | | 750,458.00 |
|     Economists Incorporated | $ 225,411.50 | |
|     Richard D. Puntillo | 208,200.00 | |
|     Crowninshield Financial Research, Inc. | 175,758.00 | |
|     Kalorama Partners, LLC | 111,750.00 | |
|     Financial Markets Analysis LLC | 16,862.50 | |
|     Soundview Intelligence LLC | 10,319.25 | |
|     Lily Haggerty | 1,225.00 | |
|     Idun Green | 931.75 | |
| Photocopies | | 7,690.04 |
|     Outside | $ 4,137.29 | |
|     In-House Photocopies (23,685 copies at $0.15/page) | 3,552.75 | |
| Online Legal and Financial Research | | 26,110.68 |
| eDiscovery Database Hosting | | 32,235.32 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 27,210.00 |
| Miscellaneous (Publication/Subscriptions) | | 124.84 |
| *TOTAL* | | *$ 1,170,981.31* |