# EXHIBIT C

# EXHIBIT C

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $15,020.17

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/24/09 | D & D Process Service Inc. | Filing: complaint |
| 03/23/09 | Class Action Research & Litigation Support Services, Inc. | 3/12/09 Personal service: P. Sturzinger; UBS Securities LLC and Wachovia Capital Markets by serving K. Vohnoutka |
| 03/27/09 | Class Action Research & Litigation Support Services, Inc. | 3/12/09 Personal service: Banc of America Securities LLC, Merrill Lynch Pierce Fenner & Smith Incorporated and Deutsche Bank Securities Inc. by serving A. Flores; Deutsche Bank Capital Funding Trust VIII by serving L. Joy; Deutsche Bank Capital Funding LLC X by serving S. LaScala; Citigroup Global Markets, Inc. by serving V. Strauss<br><br>3/18/09 Substituted service: D. Bindert by leaving a copy with C. Bindert |
| 04/02/09 | D & D Process Service Inc. | Filing: summons and complaint |
| 04/09/09 | Gary McClurg | Complaint and copy cost |
| 04/17/09 | D & D Process Service Inc. | Filing: summons and complaint |
| 04/17/09 | Clerk of the Court | Filing: additional complaint |
| 04/30/09 | Class Action Research & Litigation Support Services, Inc. | 04/10/09 Personal service: Deutsche Bank Contingent Capital Trust III; Deutsche Bank Securities Inc.; UBS Securities LLC; Wachovia Capital Markets LLC<br><br>04/13/09 Personal service: Citigroup Global Markets Inc.; Merrill Lynch Pierce Fenner & Smith Incorporated; Morgan Stanley & Co.<br><br>04/13/09 Substituted service for P. Sturzinger<br><br>4/30/09 Service of summons |
| 05/13/09 | Clerk of the Court | *Pro hac vice* application for D. Gross |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/29/09 | Gary McClurg | 5/4/09 Complaint and copy cost |
| 06/02/09 | Irma Herron | 5/4/09 Complaint and copy cost |
| 06/18/09 | Class Action Research & Litigation Support Services, Inc. | 5/20/09 Personal service: returned not served: D. Bindert |
| 07/29/09 | Irma Herron | Complaint and copy cost |
| 08/07/09 | Irma Herron | Complaint and copy cost |
| 09/23/09 | Docutrieval Information Services Inc. | Courtesy copy to Judge's chambers |
| 01/06/10 | Clerk of the Court, Southern District New York | *Pro hac vice* application for E. Niehaus, L. Olts, A. Brown, D. Robbins |
| 01/07/10 | State Bar of California | Certificate of Good Standing for E. Niehaus, L. Olts, A. Brown, D. Robbins |
| 01/14/11 | Docutrieval Information Services Inc. | Courtesy copy to Judge's chambers |
| 05/03/11 | Gary McClurg | Complaint and copy cost |
| 08/22/11 | Clerk of the Court | *Pro hac vice* application for C. Stewart |
| 06/14/13 | Clerk of the Court, Southern District New York | Filing: appeal |
| 02/27/15 | Class Action Research & Litigation Support Services, Inc. | Miscellaneous: labels for briefs |
| 10/23/15 | Clerk of the Court, Southern District New York | *Pro hac vice* application for K. Sciarani |
| 10/29/15 | Petty Cash Custodian | Reimbursement for Certificate of Good Standing for K. Sciarani |
| 02/08/17 | Securities and Exchange Commission | FOIA research charges |
| 02/17/17 | Keating & Walker Attorney Service, Inc. | 02/10/17 Filing: letter under seal |
| 04/14/17 | Keating & Walker Attorney Service, Inc. | 03/28/17 Filing: documents under seal |
| 12/01/17 | Petty Cash Custodian | Reimbursement for Certificate of Good Standing for K. Lavelle |
| 12/07/17 | Clerk of the Court, Southern District New York | *Pro hac vice* application for K. Lavelle |
| 10/03/18 | Class Action Research & Litigation Support Services, Inc. | 04/11/18 Personal service: KPMG LLP by serving N. Dindyal |
| 10/19/18 | Petty Cash Custodian | Reimbursement for Certificate of Good Standing |
| 10/23/18 | Clerk of the Court, Second Circuit | Filing: Second Circuit admission fee for E. Niehaus |
| 12/18/18 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: A. Ahuja |
| 01/15/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: P. Weingord |
| 01/18/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: B. Weinstein; G. Lippmann |

| DATE | VENDOR | PURPOSE |
|---|---|---|
| | | Witness fees: B. Weinstein; G. Lippmann |
| 01/23/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: P. Weingord; M. Lamont<br><br>Substituted service: P. Weingord by leaving copy with M. Devivo<br><br>Witness fee: P. Weingord |
| 02/04/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: D. Naidus |
| 02/05/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: A. Jain |
| 02/06/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: D. Naidus |
| 02/07/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: returned not served: D. Naidus |
| 02/12/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: J. Musanti<br><br>Witness fee: J. Musanti |
| 02/18/19 | Class Action Research & Litigation Support Services, Inc. | Personal service: M. Corteil<br><br>Witness fee: M. Corteil |
| 02/21/19 | Petty Cash Custodian | Reimbursement for Certificate of Good Standing for S. Pepich |
| 03/12/19 | Clerk of the Court, Southern District New York | *Pro hac vice* application for S. Pepich |
| 03/26/19 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy to Judge's chambers |
| 04/07/19 | Class Action Research & Litigation Support Services, Inc. | 09/28/19 Courtesy copy to Judge's chambers |
| 06/04/19 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy to Judge's chambers |
| 06/05/19 | Class Action Research & Litigation Support Services, Inc. | Courtesy copy to Judge's chambers |
| 08/09/19 | Class Action Research & Litigation Support Services, Inc. | 12/14/18 Personal service: M. Ferron<br><br>12/14/18 Witness fee: M. Ferron |
| 11/19/19 | Supreme Court of California | Certificate of Good Standing for T. Pintar |
| 12/18/19 | Clerk of the Court, Southern District New York | *Pro hac vice* application for T. Pintar |