# EXHIBIT D

# EXHIBIT D

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP

Transportation, Hotels & Meals: $227,852.66

Included in this total are local meal charges totaling $1,421.53 for meals with a confidential witness on January 22, 2010, co-counsel B. Murray and L. Albert on April 28, 2017, plaintiffs N. Kaess and M. Farruggio on December 10, 2017, and experts B. Steinholt, L. Turner, J. Mason, J. Neuberger and R. Puntillo on November 27, 2017, July 29, 2018, October 4, 2018, January 23, 2019, April 28, 2019 and September 21, 2019, respectively.

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Aronica, Steven | 01/22/10 | New York, NY | Interview confidential witness |
| Peitler, Steven | 01/22/10 | New York, NY | Interview confidential witness |
| Hubachek, Steven | 06/01/14-06/03/14 | New York, NY | Appellate hearing |
| Brown, Andrew | 06/02/14-06/03/14 | New York, NY | Appellate hearing |
| Olts, Lucas | 06/02/14-06/04/14 | New York, NY | Appellate hearing |
| Niehaus, Eric | 11/19/15-11/20/15 | Los Angeles, CA | Meet with potential expert D. Dodge |
| Niehaus, Eric | 06/22/16-06/23/16 | San Francisco, CA | Meet with potential expert D. Dodge |
| Niehaus, Eric | 07/02/16-07/07/16 | New York, NY | Meet with lead plaintiffs and co-counsel |
| Niehaus, Eric | 08/03/16-08/05/16 | Washington, D.C. | Meet with confidential witness |
| Niehaus, Eric | 09/01/16-09/04/16 | New York, NY | Meet with potential new lead plaintiff(s) |
| Brown, Andrew | 11/30/16-12/01/16 | New York, NY | Case management conference |
| Niehaus, Eric | 11/30/16-12/01/16 | New York, NY | Case management conference |
| Brown, Andrew | 02/08/17-02/10/17 | New York, NY | Case management conference |
| Niehaus, Eric | 02/08/17-02/11/17 | New York, NY | Case management conference |
| Niehaus, Eric | 06/13/17-06/16/17 | London, U.K. | Presentation to lead plaintiffs N. Kaess and M. Farruggio |
| Stewart, Christopher | 10/14/17-10/16/17 | New York, NY | Motion to dismiss hearing |

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Niehaus, Eric | 10/14/17-10/17/17 | New York, NY | Motion to dismiss hearing |
| Brown, Andrew | 10/15/17-10/16/17 | New York, NY | Renewed motion to dismiss hearing |
| Niehaus, Eric | 11/01/17-11/02/17 | San Francisco, CA | Meet with expert R. Puntillo |
| Niehaus, Eric | 12/18/17-12/21/17 | New York, NY | Plaintiff depositions |
| Niehaus, Eric | 12/26/17-12/27/17 | San Francisco, CA | Meet with expert R. Puntillo |
| Olts, Lucas | 01/24/18-01/26/18 | Boston, MA | S. Feinstein deposition |
| Lavelle, Kevin | 05/23/18-05/25/18 | New York, NY | Motion to compel hearing |
| Niehaus, Eric | 05/23/18-05/25/18 | New York, NY | Motion to compel hearing |
| Niehaus, Eric | 05/31/18-06/01/18 | San Francisco, CA | Meet with expert R. Puntillo |
| Niehaus, Eric | 06/29/18-07/08/18 | Rome, Italy | Meet with lead plaintiffs N. Kaess and M. Farruggio |
| Lavelle, Kevin | 07/01/18-07/02/18 | New York, NY | Motion to compel hearing |
| Olts, Lucas | 07/01/18-07/02/18 | New York, NY | Motion to compel hearing |
| Niehaus, Eric | 09/09/18-09/10/18 | Los Angeles, CA | Meet with confidential witness |
| Niehaus, Eric | 10/29/18-11/01/18 | Boston, MA | Meet with expert S. Feinstein |
| Niehaus, Eric | 12/12/18-12/14/18 | New York, NY | Meet with expert H. Pitt |
| Niehaus, Eric | 12/22/18-12/24/18 | San Francisco, CA | Meet with expert J. Neuberger |
| Niehaus, Eric | 01/28/19-01/29/19 | San Francisco, CA | M. Ferron deposition |
| Olts, Lucas | 01/28/19-01/29/19 | San Francisco, CA | M. Ferron deposition |
| Olts, Lucas | 02/07/19-02/08/19 | New York, NY | N. Stone deposition |
| Niehaus, Eric | 02/11/19-02/14/19 | New York, NY | P. Weingord deposition |
| Sciarani, Kevin | 02/12/19-02/14/19 | New York, NY | P. Weingord deposition |
| Niehaus, Eric | 02/26/19-02/28/19 | New York, NY | J. Ackermann deposition preparation |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Sciarani, Kevin | 02/26/19-02/28/19 | New York, NY | R. Porritt deposition |
| Niehaus, Eric | 03/03/19-03/08/19 | London, U.K. | A. Jain and G. Wattles depositions |
| Olts, Lucas | 03/03/19-03/08/19 | London, U.K. | A. Jain deposition |
| Sciarani, Kevin | 03/07/19-03/09/19 | New York, NY | R. Doyle deposition |
| Niehaus, Eric | 03/11/19-03/13/19 | New York, NY | J. Ackermann deposition |
| Olts, Lucas | 03/13/19-03/14/19 | New York, NY | G. Lippmann deposition |
| Sciarani, Kevin | 03/14/19-03/20/19 | New York, NY | H. Banziger deposition |
| Niehaus, Eric | 03/18/19-03/20/19 | New York, NY | H. Banziger deposition |
| Sciarani, Kevin | 03/20/19-03/22/19 | Naples, FL | J. Musanti deposition |
| Sciarani, Kevin | 03/27/19-03/29/19 | New York, NY | M. Corteil and A. Di Iorio depositions |
| Kaess, Norbert and Farruggio, Maria (Plaintiffs) | 03/27/19-03/31/19 | New York, NY | Deposition preparation |
| Niehaus, Eric | 03/27/19-04/03/19 | New York, NY | A. Di Iorio deposition |
| Olts, Lucas | 03/28/19-03/29/19 | New York, NY | A. Di Iorio deposition |
| Lavelle, Kevin | 04/01/19-04/02/19 | New York, NY | B. Weinstein deposition |
| Yurcek, Christopher | 04/01/19-04/03/19 | New York, NY | P. Torrente deposition |
| Sciarani, Kevin | 04/15/19-04/19/19 | London, U.K. | J. Blake and S. Lewis depositions |
| Niehaus, Eric | 04/30/19-05/02/19 | New York, NY | Mediation |
| Olts, Lucas | 04/30/19-05/02/19 | New York, NY | Mediation |
| Niehaus, Eric | 06/15/19-06/17/19 | San Jose, CA | Meet with expert J. Neuberger |
| Niehaus, Eric | 06/30/19-07/04/19 | Rome, Italy | Meet with lead plaintiffs |
| Niehaus, Eric | 07/09/19-07/10/19 | Athens, Greece | Meet with confidential witness |
| Niehaus, Eric | 07/10/19-07/11/19 | Stockholm, Sweden | Meet with M. Sauerland |

| *NAME* | *DATE* | *DESTINATION* | *PURPOSE* |
|---|---|---|---|
| Niehaus, Eric | 08/29/19-09/02/19 | New York, NY | Meet with co-counsel and client regarding opposition to summary judgment |
| Sciarani, Kevin | 09/05/19-09/06/19 | New York, NY | Prepare for and take A. Ahuja deposition |