# EXHIBIT E

# EXHIBIT E

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts, Deposition Reporting, Deposition Transcripts, Deposition Videography, and Deposition Conference Room Rentals: $68,030.54

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 05/29/15 | Second Circuit Court of Appeals | Hearing transcript |
| 10/24/17 | Southern District Reporter PC | 10/16/17 Motion to dismiss hearing transcript |
| 01/17/18 | TSG Reporting, Inc. | 12/20/17 N. Kaess deposition transcript |
| 02/27/18 | TSG Reporting, Inc. | 12/20/17 N. Kaess deposition video |
| 03/30/18 | TSG Reporting, Inc. | 01/26/18 S. Feinstein deposition transcript |
| 06/28/18 | Carole Ludwig, Transcription Services | 07/08/16 Hearing transcript |
| 07/13/18 | Carole Ludwig, Transcription Services | 07/02/18 Motion to compel hearing transcript |
| 01/23/19 | Grand Hyatt | Conference room deposit for M. Ferron deposition on January 29, 2019 |
| 01/29/19 | Aptus Court Reporting, LLC | 01/20/19 M. Ferron deposition transcript |
| 02/06/19 | Grand Hyatt | Conference room for M. Ferron deposition on January 29, 2019 |
| 02/27/19 | Aptus Court Reporting, LLC | 02/08/19 N. Stone deposition transcript<br><br>02/13/19 P. Weingord deposition transcript |
| 02/28/19 | Aptus Court Reporting, LLC | 02/27/19 R. Porritt Rule 30(b)(6) deposition transcript |
| 03/27/19 | Aptus Court Reporting, LLC | 03/05/19 A. Jain deposition transcript<br><br>03/07/19 G. Wattles deposition transcript |
| 03/29/19 | Aptus Court Reporting, LLC | 03/12/19 J. Ackermann deposition transcript<br><br>03/14/19 G. Lippman deposition transcript<br><br>03/19/19 H. Banziger deposition transcript |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| | | 03/21/19 J. Musanti deposition transcript<br><br>03/26/19 D. Naidus deposition transcript<br><br>03/28/19 M. Corteil deposition transcript<br><br>03/29/19 A. Di Iorio deposition transcript |
| 04/26/19 | Aptus Court Reporting, LLC | 04/03/19 P. Torrente deposition transcript |
| 04/30/19 | Aptus Court Reporting, LLC | 04/18/19 S. Lewis deposition transcript |
| 05/08/19 | Aptus Court Reporting, LLC | 04/02/19 B. Weinstein deposition transcript |
| 09/26/19 | Aptus Court Reporting, LLC | 09/06/19 A. Ahuja deposition transcript |