# EXHIBIT F

# EXHIBIT F

*In re Deutsche Bank AG Securities Litigation*, No. 1:09-cv-01714-GHW-RWL
Robbins Geller Rudman & Dowd LLP

Photocopies: $7,690.04
    In-house Photocopies: $3,552.75 (23,685 copies at $0.15 per copy)
    Outside Photocopies: $4,137.29 (detailed below)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/24/15 | Record Press, Inc. | Petition production charges |
| 02/28/15 | Record Press, Inc. | Typeset revised cover |
| 06/01/15 | Record Press, Inc. | Copies of brief, printing covers and binding |
| 04/12/16 | National Archives | Electronic copies of FCIC documents |
| 07/04/18 | Euronics Nova Roma | Copies for Lead Plaintiffs Norbert Kaess and Maria Farruggio |
| 04/02/19 | Fed Ex Office | Copies for B. Weinstein deposition |