```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DEUTSCHE BANK AG SECURITIES LITIGATION | : | Master File No. 1:09-cv-01714-GHW-RWL |
| | : | |
| | : | <u>CLASS ACTION</u> |
| This Document Relates To: | : | ORDER PROVIDING THAT SETTLEMENT HEARING SCHEDULED FOR JUNE 11, 2020 BE CONDUCTED TELEPHONICALLY |
| ALL ACTIONS. | : | |

This matter comes before the Court on Class Plaintiffs' Agreed Motion to Conduct the Settlement Hearing Telephonically in light of the present conditions and future uncertainty resulting from the COVID-19 pandemic.  Now, therefore, IT IS HEREBY ORDERED that:

1. The Settlement Hearing to consider Class Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for an award of attorneys' fees and expenses and awards to Class Plaintiffs, scheduled for June 11, 2020, at 4:30 p.m. EST, shall be conducted telephonically at the date and time previously scheduled.

2. Lead Counsel shall arrange for a conference call facility for the Settlement Hearing using the following dial-in number 800-504-8071, and access code 7442642 and circulate same to all counsel and all Class Members who properly and timely submit an objection and/or who submit notice of their intention to appear.

3. Lead Counsel shall notify all other Class Members of the dial-in number to participate in the Settlement Hearing by publishing such information on the Settlement website, www.DeutscheBankSecuritiesSettlement.com, and on the firm websites of Lead Counsel.

4. Lead Counsel shall email an Appearance Sheet to the Court no later than five hours before the Settlement Hearing conference call pursuant to the Court's Emergency Individual Rules and Practices in Light of COVID-19, initiate a call to the Court at the time of the Settlement Hearing, and provide the Court with a "roll-call" of all attorneys (and any Class Members) who will appear on the record.

IT IS SO ORDERED.

DATED: _____May 12, 2020_____          _____
                                        THE HONORABLE GREGORY H. WOODS
                                        UNITED STATES DISTRICT JUDGE