UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

In re DEUTSCHE BANK AG SECURITIES    :
LITIGATION                           :
                                     :
———————————————————————— :
                                     :
This Document Relates To:            :
                                     :
   ALL ACTIONS.                      :
                                     :
———————————————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/22/2020

Master File No. 1:09-cv-01714-GHW-RWL

CLASS ACTION

ORDER

GREGORY H. WOODS, United States District Judge:

On May 21, 2020, the Court received a voicemail from Richard Agay asking whether the objections and comments he mailed "regarding the Deutsche Bank matter" had been received.  The Court's staff returned his phone call later that day but was unable to reach him.  Someone else picked up the phone.  The Court's staff noted that it was returning Mr. Agay's call.  The person who answered noted that he was unavailable and asked whether he could call the Court back.  The Court asked that any future messages should include the case number so the Court's staff can identify the matter about which Mr. Agay is calling.

On May 22, 2020, the Court received another voicemail from Mr. Agay.  This message noted the case number.  The Court's staff returned Mr. Agay's call, and stated only that the notice that he had received stated that he was not to contact the Court about the settlement.  The Court pointed Mr. Agay to the place in the notice where it stated, in bold lettering, that he was not to contact the Court, and read him that section.  The Court's staff also read him the two paragraph directly preceding that line, which listed the people that he could contact for further information.

   SO ORDERED.

Dated:  May 22, 2020

_____
GREGORY H. WOODS
United States District Judge