| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>───────────────────────────── x<br>In re DEUTSCHE BANK AG SECURITIES :<br>LITIGATION :<br>　　　　　　　　　　　　　　　　　　　:<br>───────────────────────────── :<br>This Document Relates To: :<br>　　　　　　　　　　　　　　　　　　　:<br>　　　ALL ACTIONS. :<br>　　　　　　　　　　　　　　　　　　　:<br>───────────────────────────── x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/1/2020<br><br>Master File No. 1:09-cv-01714-GHW-RWL<br><br>CLASS ACTION<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On May 28, 2020, the Court received objections and comments on the proposed settlement from Mr. Agay. See Dkt. Nos. 320-321. The parties are directed to respond to these comments forthwith, and in no event any later than June 5, 2020.

　　　SO ORDERED.

Dated: May 31, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge