# OLIVER D. KINGSLEY, JR.



June 17, 2020

Clerk of the District Court
Southern District of NY
500 Pearl St.
New York, NY  10007

RE:  Past Case #(s):  1:09-cv-01714-DAB-RWL Deutsche Bank AG, 15-cv-1249 (WHP) Virtus Investment Partners, Cl # 01114866 Control # 7863356890 Virtus Investment Partners, Inc. and 1:15-mc-00040-AKH (S.D.N.Y.) American Realty Capital Properties, Inc.

Dear Clerk:

I have previously received Litigation notices for stockholder suits from your court.  I moved from Birmingham, AL in December 2019.  Once my forwarding order expires for my mail, I will no longer receive these notices.  I am asking that my address be updated as outlined below.  This will apply for myself and Sally Y. Kingsley or any trust associated with us (Marital Trust, Family Trust, 2017 Revocable Trust and Personal Trusts).  I also have an IRA that occasionally receives notices.

New Address:    Mr. Oliver D. Kingsley, Jr.
                344 North Oates Street
                Dothan, AL  36303

If you need to speak to me, you may call my cell phone # 205-533-1278 or my office at 334-699-7444 (you would speak to my Executive Assistant Mrs. Jan Efurd).

Thank you very much for your assistance.

Sincerely,

*[signature]*

Oliver D. Kingsley, Jr.

Oliver D. Kingsley, Jr.
344 N. Oates St.
Dothan, AL 36303

Pro Se
Intake

Clerk of the District Court
Southern District of NY
500 Pearl St.
New York, NY 10007

RECEIVED
2020 JUN 23 AM 9:15

USM P3
SDNY

PRO SE OFFICE
RECEIVED JUN 23 2020

10007-131699